In re: MARRIAGE OF Cynthia J. CLARK and Raymond E. Clark.

Cynthia J. CLARK, Petitioner/Appellant,

v.

Raymond E. CLARK, Respondent/Respondent,

and

Ruby O. Clark, Third Party Defendant.

No. 60878.

Missouri Court of Appeals, Eastern District, Division Four.

Feb. 2, 1993.

Alan J. Steinberg, Les A. Steinberg, Steinberg & Crotzer, Clayton, for petitioner/appellant.

Sally I. Heller, Michael A. Gross, St. Louis, for respondent.

## ORDER

PER CURIAM.

This is an appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).